**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph C. Primous, ) | No. CV-07-1680-PHX-DGC |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| City of Phoenix Police Department, Hiring ) | |
| Defendant. ) | |

Plaintiff has filed a document without a title (Dkt. #9) that appears to be directed at the Court's order of September 25, 2007 (Dkt. #8). Plaintiff appears to address the Court's finding that his previous filing, which the Court construed as a motion to amend, was moot. Dkt. #8. Plaintiff's document continues to allege wrongful conduct on the part of the City of Phoenix Police Department, but fails to specify the nature, timing, location, or parties involved in the conduct. Plaintiff's document also continues to fail to identify any basis for this Court's jurisdiction, and appears explicitly to assert that Plaintiff is not making a claim under Title VII of the Civil Rights Act of 1964, as the Court had previously speculated. *See* Dkt. #4.

The Court can only construe Plaintiff's document as a motion for reconsideration of the Court's order of September 25, 2007 (Dkt. #8). Plaintiff's document provides no basis for reconsideration of that order and therefore will be denied.

The Court's previous order granted Plaintiff leave to amend his complaint. Dkt. #4.

1 The Court advised Plaintiff that his amended complaint must specify the basis for this
2 Court's jurisdiction. *Id.* at 3. The Court's order gave Plaintiff until September 28, 2007, to
3 file an amended complaint. *Id.* That deadline was extended to October 5, 2007, in the
4 Court's order of September 25, 2007.  Dkt. #8 at 2.

5 The Court will give Plaintiff one final opportunity to file an amended complaint that
6 properly invokes the Court's jurisdiction. The amended complaint shall be filed on or before
7 October 26, 2007.

8 As the Court explained in its prior order, Plaintiff must become familiar with, and
9 follow, the Federal Rules of Civil Procedure and the Rules of the United States District Court
10 for the District of Arizona ("Local Rules"), which may be obtained in the Clerk of Court's
11 office. For purposes of the amended complaint, Plaintiff is directed to Rule 8 of the Federal
12 Rules of Civil Procedure. Rule 8(a) provides that a complaint "shall contain (1) a short and
13 plain statement of the grounds upon which the court's jurisdiction depends, . . . (2) a short
14 and plain statement of the claim showing that the pleader is entitled to relief, and (3) a
15 demand for judgment for the relief the pleader seeks." Fed. R. Civ. P. 8(a). Rule 8(e)
16 provides that "[e]ach averment of a pleading shall be  simple, concise, and direct." Fed. R.
17 Civ. P. 8(e)(1). The forms contained in the Appendix to the Federal Rules of Civil Procedure
18 – which include forms regarding jurisdictional statements and sample complaints on various
19 causes of action – "are sufficient under the rules and are intended to indicate the simplicity
20 and brevity of statement which the rules contemplate." Fed. R. Civ. P. 84.

21 Plaintiff is advised that vague references to wrongdoing on the part of Defendant are
22 not sufficient to satisfy even the liberal notice pleading requirements of Rule 8. The
23 amended complaint must give Defendant "fair notice of what [Plaintiff's] claim is and the
24 grounds upon which it is based." *Holgate v. Baldwin*, 425 F.3d 671, 676 (9th Cir. 2005).
25 This includes some factual basis for the claim and the legal theory supporting the claim. *See*
26 *id.* The amended complaint must also provide a clear statement of this Court's jurisdiction.
27 *See* Fed. R. Civ. P. 8(a)(1).

28 Plaintiff is further advised that if he fails to prosecute this action or comply with the

- 2 -

rules or any Court order, the Court may dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b). *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir.1992).

**IT IS ORDERED:**

1. Plaintiff's filing of October 1, 2007 (Dkt. #9), which the Court construes as a motion for reconsideration, is **denied**.

2. Plaintiff shall have a final opportunity, until **October 26, 2007**, to file an amended complaint.

3. The Clerk of Court shall terminate this action without further notice if Plaintiff fails to comply with this deadline.

DATED this 12th day of October, 2007.

*David G. Campbell*
———————————————
David G. Campbell
United States District Judge